| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Naked River Brewing Company, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF TENNESSEE** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Mainvest, Inc.** **Attn: Tim Blanchard** **81 Washington St., Suite 201** **Salem, MA 01970** | | **Business Debt** | | | | **$100,000.00** |
| **Wise Properties** **298 Acorn Oaks Circle** **Chattanooga, TN 37406** | | **Lease** | | | | **$90,873.71** |
| **Jake Raulston** **701 Franklin Street** **Chattanooga, TN 37405** | | **Business Debt** | | | | **$50,597.38** |
| **Brewers Supply Group** **800 1st Ave West** **Shakopee, MN 55379** | | **Business Debt** | | | | **$19,500.94** |
| **CMG-Asheville** **145 Cane Creek Industrial Road Suite 175** **Fletcher, NC 28732** | | **Business Debt** | | | | **$11,539.36** |
| **Battle Associates** **1720 Peachtree St, NW #333** **Atlanta, GA 30309** | | **Business Debt** | | | | **$10,282.66** |
| **Carolina Malt House** **12969 Stateville Blvd** **Cleveland, NC 27013** | | **Business Debt** | | | | **$4,695.00** |
| **EPB** **10 West ML King Blvd** **Chattanooga, TN 37402** | | **Business Debt** | | | | **$2,400.31** |

Debtor **Naked River Brewing Company, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Steel City Creative**<br>913 7th Ave North<br>Birmingham, AL 35203 | | Business Debt | | | | $2,317.67 |
| **Ajax Turner (V)**<br>4010 Centrepointe Way<br>La Vergne, TN 37086 | | Business Debt | | | | $2,078.00 |
| **Auto-Chlor System**<br>1614 E. 27th Street<br>Chattanooga, TN 37404 | | Business Debt | | | | $1,944.96 |
| **Aramark**<br>PO Box 731676<br>Dallas, TX 75373 | | Business Debt | | | | $1,625.47 |
| **Alchemy Spice Company**<br>3209 Wilcox Blvd, Ste 100<br>Chattanooga, TN 37411 | | Business Debt | | | | $775.00 |
| **CocaCola**<br>1 coca-Cola Plaza SE<br>Atlanta, GA 30313 | | Business Debt | | | | $550.00 |
| **Volunteer Welding Supply**<br>815 Rep. John Lewis Ways<br>Nashville, TN 37203 | | Business Debt | | | | $524.92 |
| **BlueGrace Logistics**<br>555 Walnut Street<br>2 South Ste. A<br>Chattanooga, TN 37402 | | Business Debt | Subject to Setoff | | | $523.66 |
| **Darling Ingredients, Inc.**<br>5601 N. MacArthur Blvd<br>Irving, TX 75038 | | Business Debt | | | | $505.00 |
| **Georgia Crown Distributing Co.**<br>100 Georgia Crown Drive<br>McDonough, GA 30253 | | Business Debt | | | | $324.56 |
| **Arrow Exterminators**<br>3501 Aminicola Hwy<br>Chattanooga, TN 37406 | | Business Debt | | | | $115.00 |

Debtor   **Naked River Brewing Company, LLC**   Case number *(if known)* _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Preventia Security**<br>**1601 Old Lafayette Road**<br>**Fort Oglethorpe, GA 30742** | | **Business Debt** | | | | $102.00 |