**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CASE NOS. |
| NAKED RIVER BREWING COMPANY, LLC | : | |
| | : | 1:23-BK-10417-SDR |
| and | : | |
| | : | 1:23-BK-10418-SDR |
| ROBERT J. RAULSTON, | : | |
| | : | CHAPTER 11 |
| Debtors. | : | |
| | : | JOINT ADMINISTRATION |
| | : | REQUESTED |

**AMENDED CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 14, 2023, a true and correct copy of the *Agreed Interim Order Authorizing Debtor's Use of Cash Collateral* (Docket No. 47), was served by first class mail, postage prepaid, on the U.S. Trustee and upon the following persons as indicated below:

| Secured Creditors | |
|---|---|
| **Name** | **Address** |
| United Community Bank | 2 West Washington Street, Greenville, SC 29601 |
| U.S. Small Business Administration District Director | 2 International Plaza Drive, Suite 500 Nashville, TN 37217 |
| United States Attorney's Office | 1110 Market Street, Suite 515 Chattanooga, TN 3740 |
| **Unsecured Creditors** | |
| **Name** | **Address** |
| Mainvest, Inc. Attn.: Tim Blanchard | 81 Washington Street, Suite 201 Salem, MA 01970 |
| Wise Properties | 298 Acord Oaks Circle, Chattanooga, TN 37406 |

1

| | |
|---|---|
| Jake Raulston | 701 Franklin Street, Chattanooga, TN 37405 |
| Brewers Supply Group | 800 1ˢᵗ Ave West, Shakopee, MN 55379 |
| CMG – Ashville | 145 Cane Creek Industrial Road, Suite 175 Fletcher, NC 28732 |
| Battle Associates | 1720 Peachtree Street, NW #333 Atlanta, GA 30309 |
| Carolina Malt House | 12969 Stateville Blvd, Cleveland, NC 27013 |
| EPB | 10 West ML King Blvd, Chattanooga, TN 37402 |
| Steel City Creative | 913 7ᵗʰ Ave North, Birmingham, AL 35203 |
| Ajax Turner (V) | 4010 Centrepointe Way, La Vergne, TN 37086 |
| Auto-Chlor System | 1614 E. 27ᵗʰ Street, Chattanooga, TN 37404 |
| Aramark | PO BOX 731676, Dallas, TX 75373 |
| Alchemy Spice Company | 3209 Wilcox Blvd, Suite 100 Chattanooga, TN 37411 |
| CocaCola | 1 Coca-Cola Plaza SE, Atlanta, GA 30313 |
| Volunteer Welding Supply | 815 Rep. John Lewis Ways, Nashville, TN 37203 |
| BlueGrace Logistics | 555 Walnut Street 2 South, Ste. A Chattanooga, TN 37402 |
| Darling Ingredients, Inc. | 5601 N. MacArthur Blvd, Irving, TX 75038 |
| Georgia Crown Distributing Co. | 100 Georgia Crown Drive, McDonough, GA 30253 |
| Arrow Exterminators | 3501 Aminicola Hwy, Chattanooga, TN 37406 |
| Preventia Security | 1601 Old Lafayette Road, Fort Oglethorpe, GA 30742 |

2

27013_00/23001/KEH-4866-3343-4967_1

Respectfully submitted,

CHAMBLISS BAHNER & STOPHEL, PC


By: */s/ Jeffrey W. Maddux*
    Jeffrey W. Maddux (BPR No.027394)
    Cecilia Y. Garrett (BPR No. 038658)
605 Chestnut Street, Suite 1700
Liberty Tower
Chattanooga, Tennessee 37450
Phone 423.756-3000
Email: jmaddux@chamblisslaw.com
Email: cgarrett@chamblisslaw.com
*Counsel for Debtors*

3