

**SO ORDERED.**
**SIGNED this 23rd day of March, 2023**

*Shelley D. Rucker*
Shelley D. Rucker
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## SOUTHERN DIVISION

In re:

**Naked River Brewing Company, LLC,**

    Debtor.

**No. 1:23-bk-10417-SDR**

**Chapter 11, Subchapter V**


In re:

**Robert Jake Raulston,**

    Debtor.

**No. 1:23-bk-10418-SDR**
**Chapter 11, Subchapter V**
**Jointly Administered**


### ORDER

On February 27, 2023, the Court issued an order preliminarily granting a motion for joint

administration that was filed in each of the above cases. (Doc. No. 35.) On March 22, 2023, the

Court held a final hearing on joint administration. No interested party identified any conflicts or

otherwise objected to joint administration. Accordingly, the Court's prior order preliminarily

granting joint administration is hereby made permanent. A copy of this Order will be docketed

in both the lead and the member case.

# # #