

**SO ORDERED.**
**SIGNED this 17th day of July, 2024**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

/s/ Nicholas W. Whittenburg
**Nicholas W. Whittenburg**
**UNITED STATES BANKRUPTCY JUDGE**

_____

**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE EASTERN DISTRICT OF TENNESSEE**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **Naked River Brewing Company, LLC** | ) | **No. 1:23-bk-10417-NWW** |
| | ) | **Chapter 11, Subchapter V** |
| **Debtor** | ) | |

### ORDER

As a part of its periodic review of the Debtor's efforts to obtain the Employee Retention Credits ("ERC") from the Internal Revenue Service ("IRS") in order to pay Wise Properties' Cure Claim under the Plan, the court held a status conference on July 17, 2024, at 10:00 a.m. (EST). As discussed at the telephonic status conference and in light of the parties' ongoing communication and cooperation, the court does not find cause to set another telephonic status conference. Accordingly, it is

ORDERED that absent a filing by a party interest, the court will not continue the telephonic status conference for another quarterly review.

# # #