United States Bankruptcy Court

Eastern District of Tennessee

In re:  
Naked River Brewing Company, LLC  
  Debtor

Case No. 23-10417-NWW  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0649-1      User: admin      Page 1 of 5  
Date Rcvd: Jul 17, 2024      Form ID: pdfbk      Total Noticed: 142

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Wise Properties-TN, LLC, c/o Gary R. Patrick, Patrick Beard Schulman & Jacoway, 537 Market Street, Suite 300 Chattanooga, TN 37402-1239 |
| cr | + | United Community Bank, c/o Justin Sveadas, 633 Chestnut St., Ste. 1900, Chattanooga, TN 37450-1801 |
| 13440795 | + | A.B. Maynard, 224 W. 17th St., Chattanooga, TN 37408-1105 |
| 13424141 | + | AOC-Aleksey Imports Chattnooga LLC, 4295 Cromwell Road #414, Chattanooga, TN 37421-2176 |
| 13440796 | + | Adam Beene, 711 Spears Ave, Chattanooga, TN 37405-3536 |
| 13440797 | + | Adesso Capital (Encore ), 8434 East Shea Blvd, Suite 100, Scottsdale, AZ 85260-6670 |
| 13424137 | +++ | Ajax Turner Company, 4010 Centrepointe Way, La Vergne, TN 37086-4955 |
| 13424138 | + | Alabama Crown Distributing Company, 1330 Corporate Woods Dr., Alabaster, AL 35007-4856 |
| 13424139 | +++ | Alchemy Spice Company, 3209 Wilcox Blvd,, Ste 100, Chattanooga, TN 37411-1155 |
| 13440799 | + | Alex Hannan, 600 11th Ave N, Nashville, TN 37203-4559 |
| 13440800 | + | Alison Bailey, 851 River Gorge Dr, Chattanooga, TN 37419-1553 |
| 13424142 | +++ | Aramark, PO Box 731676, Dallas, TX 75373-1676 |
| 13424143 | +++ | Arrow Exterminators, 3501 Aminicola Hwy, Chattanooga, TN 37406-1713 |
| 13424144 | + | Athens Distributing Company, 2735 Kanasita Dr., #121, Hixson, TN 37343-4011 |
| 13424145 | +++ | Auto-Chlor System, 1614 E. 27th Street, Chattanooga, TN 37404-5759 |
| 13440802 | #+ | Barbara Weaver, 2000 Golden Horseshoe Cir, APT B, Morrisville, NC 27560-7647 |
| 13424146 | +++ | Battle Associates, 1720 Peachtree St, NW #333, Atlanta, GA 30309-2447 |
| 13440804 | + | Benjamin Rickle, 2159 Loudenslager Dr, Thompsons Station, TN 37179-5313 |
| 13424147 | + | Best Brands Incorporated, 7337 Cockril Bent Blvd, Nashville, TN 37209-1025 |
| 13424148 | +++ | BlueGrace Logistics, 555 Walnut Street, 2 South Ste. A, Chattanooga, TN 37402 |
| 13440805 | + | Brad Carmony, 2840 Crestwood Ave, Chattanooga, TN 37415-6116 |
| 13440806 | + | Bradley Cobb, PO BOX 201, Lookout Mountain, TN 37350-0201 |
| 13440807 | + | Bradley Glover, 201 Grayson Rd, Signal Mountain, TN 37377-2125 |
| 13440808 | + | Brandon Flood, 7854 Mitchell Rd, Hahira, GA 31632-2264 |
| 13424149 | +++ | Brewers Supply Group, 800 1st Ave West, Shakopee, MN 55379-1148 |
| 13440809 | + | Brian Hunt, 6444 Deep Canyon Rd, Hixson, TN 37343-2681 |
| 13424150 | #+ | Brock Insurance, 325 Cherokee Blvd. Ste 201, Chattanooga, TN 37405-4477 |
| 13424158 | +++ | CMG-Asheville, 145 Cane Creek Industrial Road, Suite 175, Fletcher, NC 28732-8311 |
| 13440810 | + | Cari Page, 4112 Night Owl Ct, Chattanooga, TN 37419-2160 |
| 13424152 | +++ | Carolina Malt House, 12969 Stateville Blvd, Cleveland, NC 27013-8782 |
| 13424153 | + | Central Insurance Company, 800 S Washington Street, Van Wert, OH 45891-2381 |
| 13440811 | #+ | Chance Donahue, 716 Liberty Street, Chattanooga, TN 37405-2832 |
| 13424154 | + | Chattanooga Bakery Inc., 900 Manufacturers Rd #101, Chattanooga, TN 37405-3763 |
| 13424155 | + | Chattanooga Gas Compnay, 2207 Olan Mills Dr., Chattanooga, TN 37421-1891 |
| 13426601 | | Chattanooga Waste Management, 4731 Adams Inc, Hixson, TN 37343 |
| 13424156 | + | Cintas, 2131 Polymer Dr. #2131A, Chattanooga, TN 37421-2287 |
| 13462666 | + | City of Chattanooga, 101 E. 11th Street, Room 100, Chattanooga, TN 37402-4285 |
| 13424157 | + | City of Chattanooga Waste Resources Div., 1250 Market Street, Chattanooga, TN 37402-4440 |
| 13424159 | +++ | CocaCola, 1 coca-Cola Plaza SE, Atlanta, GA 30313 |
| 13424160 | +++ | Darling Ingredients, Inc., 5601 N. MacArthur Blvd, Irving, TX 75038-2619 |

| | | |
|---|---|---|
| 13440813 | + | David Mann, 2875 Sunset Drive, Rising Fawn, GA 30738-4150 |
| 13440814 | + | Dawn Anderson, 1004 S Highland Park Ave, Chattanooga, TN 37404-4215 |
| 13424161 | + | Deklab MD, 1848 Rossville Ave, Chattanooga, TN 37408-1932 |
| 13424162 | + | Dynamic Labels, 817 Broad Street, Chattanooga, TN 37402-2613 |
| 13424164 | +++ | EPB, 10 West ML King Blvd, Chattanooga, TN 37402 |
| 13440815 | + | Edwin Jay Banasiak, 1901 Duncan Ave, Chattanooga, TN 37404-3104 |
| 13440816 | + | Elizabeth Grant, 1316 Lawrence Rd, Chattanooga, TN 37405-3115 |
| 13424163 | + | Empire Distributors of Tennessee Inc., 3794 Tag Road, Chattanooga, TN 37416-3813 |
| 13426602 | + | Endurance Credit Card, 703 South 9th Street, Duncan, OK 73533-5101 |
| 13440817 | + | Eric So, 106 W 87th St, APT 1A, New York, NY 10024-2944 |
| 13424165 | + | Evans Meats, Inc., 617 21st Ave. W, Birmingham, AL 35204-1425 |
| 13424166 | +++ | Georgia Crown Distributing Co., 100 Georgia Crown Drive, McDonough, GA 30253-9071 |
| 13424167 | + | Gordon Food Service Store, 1817 Broad Street, Chattanooga, TN 37408-1760 |
| 13424168 | + | HHM Certified Accountants, 1200 Market Street, Chattanooga, TN 37402-2713 |
| 13424169 | + | Holston Gases, 1105 Stuart St., Chattanooga, TN 37406-1716 |
| 13424170 | +++ | Jake Raulston, 701 Franklin Street, Chattanooga, TN 37405-2721 |
| 13440819 | + | James Fleischmann, 7331 Burberry Trl, Ooltewah, TN 37363-2104 |
| 13440820 | + | James Frierson, 1012 River Hills Dr, Chattanooga, TN 37415-5616 |
| 13440821 | + | Janis Keeney, 1713 Colonial Shores Dr, Hixson, TN 37343-3408 |
| 13440822 | + | Jeremy Thacker, 89 Mary Ln, Rossville, GA 30741-8423 |
| 13440823 | + | Joe Joiner, 3901 Byrnwyck Pl NE, Brookhaven, GA 30319-1661 |
| 13440825 | + | John Jolley, 1051 Balmoral Dr, Signal Mountain, TN 37377-2903 |
| 13440826 | + | Jonathan Kaiser, 8 Greencliff Dr, Niantic, CT 06357-1522 |
| 13440827 | + | Jonathan Wassum, 403 Sioux Trl, Chattanooga, TN 37411-4152 |
| 13440828 | + | Joshua Foggin, 371 Webb Ln NE, Cleveland, TN 37323-4594 |
| 13440829 | + | Keith Becklin, 914 Mount Belvoir Dr, Chattanooga, TN 37412-2054 |
| 13440830 | + | Kevin Brower, 364 S Fenwick Rd, Memphis, TN 38111-1802 |
| 13440831 | + | Kiel Rommel, 111 Lauren Cir, Chickamauga, GA 30707-3079 |
| 13440832 | + | Kristen Shell, 1100 3rd Ave N, Apt 205M, Nashville, TN 37208-3195 |
| 13440833 | #+ | Kyle Gochenour, 1042 Dartmouth St, Chattanooga, TN 37405-2903 |
| 13440873 | + | Leila Pratt, 3104 Ozark Rd, Chattanooga, TN 37415-5914 |
| 13424172 | + | Lipman Brothers, 2815 Brick Church Pike, Nashville, TN 37207-3903 |
| 13424174 | +++ | Mainvest, Inc., Attn: Tim Blanchard, 81 Washington St., Suite 201, Salem, MA 01970-3547 |
| 13440836 | + | Marc Barr, 265 Edie Rd, Saratoga Springs, NY 12866-6803 |
| 13440837 | + | Matthew Bowman, 435 Appian Way, Chattanooga, TN 37415-2204 |
| 13440838 | + | Matthew Jacobs, 1612 W 52nd St, Chattanooga, TN 37409-2001 |
| 13440839 | + | Matthew Van Duinen, 889 Norfolk Green Cir, Chattanooga, TN 37421-8222 |
| 13440840 | + | Matthew Wiisanen, 708 Hawks Nest Dr, Chattanooga, TN 37419-2191 |
| 13424175 | + | Melon Patch Farms, 295 Lee And, Lee-Gorddon Mill Rd, Chickamauga, GA 30707-1714 |
| 13424176 | + | Meyers Security Services, 1815 Riverfront Parkway, Chattanooga, TN 37408-1004 |
| 13440841 | + | Michael Massey, 330 Mohwak Dr. NW, Cleveland, TN 37312-4019 |
| 13440842 | + | Michael McCall, 9121 Rocky Point Rd, Soddy Daisy, TN 37379-3044 |
| 13440843 | #+ | Michael Miller, 3008 Ozark Cir, Chattanooga, TN 37415-5104 |
| 13440844 | + | Michael Richman, 205 S Palisades Dr, Signal Mountain, TN 37377-2922 |
| 13440845 | + | Missy Whitaker, 8043 Savannah Trl, Ooltewah, TN 37363-9289 |
| 13440846 | + | Nancy Keeney, 6712 Big Ridge Rd, Hixson, TN 37343-3446 |
| 13424177 | + | New Terra, 109 Hummingbird Lane, Wildwood, GA 30757-3817 |
| 13424178 | + | Norfolk Southern Railway Company, 650 W. Peachtreet, NE, St. 303, Atlanta, GA 30308-1925 |
| 13424179 | + | Norland International Inc., 2001 SW 6th Street, Lincoln, NE 68522-1732 |
| 13440847 | + | Pat Hartje, 9615 Misty Moutain Road, Chattanooga, TN 37421-2041 |
| 13440848 | + | Patricia Robinson, 2710 Hamill Rd, Hixson, TN 37343-4040 |
| 13424181 | +++ | Preventia Security, 1601 Old Lafayette Road, Fort Oglethorpe, GA 30742-3124 |
| 13440850 | + | Robert Erb, 520 N Poplar St, Unit E, Charlotte, NC 28202-1785 |
| 13440852 | + | Russ Gowin, 5721 Saint Elmo Ave, Chattanooga, TN 37409-2316 |
| 13440853 | + | Rusty Brown, 860 Riverbend Dr, Jasper, TN 37347-3643 |
| 13440854 | + | Scott Sandlin, 1684 Minnekahda Road, Chattanooga, TN 37405-2412 |
| 13440855 | + | Sebastian Charboneau, 231 Hale Ln, Valley Head, AL 35989-3131 |
| 13471953 | + | Steel City Creative, Anne Lugar, 924 6th Ave N, Birmingham, AL 35203-1409 |
| 13424183 | +++ | Steel City Creative, 913 7th Ave North, Birmingham, AL 35203-1414 |
| 13440858 | + | Stephen Hoke, 4700 Amberwood Dr., Anniston, AL 36207-7779 |
| 13424184 | + | Sysco, 900 Tennessee Ave, Knoxville, TN 37921-2630 |
| 13440859 | + | Thomas Hurless, 1012 Fruit Wood Ct, La Grange, KY 40031-7569 |
| 13440860 | + | Timothy Chakwin, 500 Dodds Ave, Chattanooga, TN 37404-3949 |

Case 1:23-bk-10417-NWW   Doc 166   Filed 07/19/24   Entered 07/20/24 00:40:47   Desc
Imaged Certificate of Notice   Page 3 of 7

| District/off: 0649-1 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jul 17, 2024 | Form ID: pdfbk | Total Noticed: 142 |

| | | |
|---|---|---|
| 13440861 | + | Timothy Davis, 204 Spencer Ave,2, Chelsea, MA 02150-2287 |
| 13440862 | + | Tom Gifford, 203 Princess Trl, Lookout Mountain, GA 30750-2819 |
| 13426605 | + | U.S. Attorney, 1110 Market Street, Suite 301, Chattanooga, TN 37402-2890 |
| 13424188 | #+ | United Community Bank, 2 West Washington Street, Greenville, SC 29601-4889 |
| 13443816 | + | United Community Bank, Attn: Rick Rischall, 125 E. Broad St., Greenville, SC 29601-2868 |
| 13426606 | + | United Community Bank, PO Box 3150, Cleveland, TN 37320-3150 |
| 13424191 | +++ | Volunteer Welding Supply, 815 Rep. John Lewis Ways, Nashville, TN 37203-4609 |
| 13424192 | + | Wagner & Weeks, PLLC, 701 Market Street, Suite 310, Chattanooga, TN 37402-4518 |
| 13440863 | + | William Bennett, 1238 Royal Creek Ct, Pleasanton, CA 94566-3423 |
| 13440864 | + | William Clossin, 211 Blackwell Farm Rd, Chattanooga, TN 37421-8213 |
| 13440865 | + | William Hewitt, 7060 Gregory Dr, Ooltewah, TN 37363-2501 |
| 13440866 | + | William Wesson, 2101 Patton Chapel Road, Lincoln, AL 35096-4730 |
| 13440867 | #+ | William Wilson, 600 Georgia Ave, Apt 32, Chattanooga, TN 37402-1437 |
| 13424193 | +++ | Wise Properties, 298 Acorn Oaks Circle, Chattanooga, TN 37405-2185 |
| 13465081 | + | Wise Properties-TN, LLC, c/o Susie Lodico, Esquire, 537 Market Street, Suite 300, Chattanooga, TN 37402-1239 |
| 13424194 | + | Zee Company, Inc., 412 Georgia Ave Ste. 300, Chattanooga, TN 37403-1853 |
| 13440868 | + | Zoran Lorinc, 1713 Colonial Shores Dr, Hixson, TN 37343-3408 |

TOTAL: 120

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: jake@nakedriverbrewing.com | Jul 17 2024 20:08:00 | Naked River Brewing Company, LLC, 701 Franklin Street, Chattanooga, TN 37405-2721 |
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 17 2024 20:09:00 | Internal Revenue Service, P. O. Box 21126, Philadelphia,, PA 19114 |
| cr | + | Email/Text: AGBankRevenue@ag.tn.gov | Jul 17 2024 20:09:00 | TN Dept of Revenue, c/o TN Attorney General's Office, Bankruptcy Division, PO Box 20207, Nashville, TN 37202-4015 |
| 13424140 | + | Email/PDF: bncnotices@becket-lee.com | Jul 17 2024 20:16:40 | American Express, 200 Vessy street, New York, NY 10285-0002 |
| 13445102 | | Email/PDF: bncnotices@becket-lee.com | Jul 17 2024 20:16:55 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13424151 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 17 2024 20:16:29 | Capital One, 1680 Capital One Drive, Mc Lean, VA 22102-3407 |
| 13466274 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Jul 17 2024 20:09:00 | United Community Bank, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 |
| 13426603 | + | Email/Text: popeca@epb.net | Jul 17 2024 20:10:00 | EPB, PO Box 182250, Chattanooga, TN 37422-7250 |
| 13443357 | | Email/Text: popeca@epb.net | Jul 17 2024 20:10:00 | EPB Fiber Optics, Attn: Legal Services, P.O. Box 182255, Chattanooga, TN 37422-7255 |
| 13443305 | | Email/Text: popeca@epb.net | Jul 17 2024 20:10:00 | EPB of Chattanooga, Attn: Legal Services, P.O. Box 182255, Chattanooga, TN 37422-7255 |
| 13451486 | + | Email/Text: Accountsreceivable@HHMcpas.com | Jul 17 2024 20:09:00 | Henderson, Hutcherson & McCullough, PLLC, 1200 Market Street, Chattanooga, TN 37402-2713 |
| 13424171 | | Email/Text: rselim@keglogistics.com | Jul 17 2024 20:09:00 | Keg Logistics, 9110 East Nichols Ave, Suite 105, Englewood, CO 80112 |
| 13424180 | + | Email/Text: kim.clifton@pfgc.com | Jul 17 2024 20:10:00 | Performance Food Group, 12500 West Creel Parkway, Henrico, VA 23238-1110 |
| 13449940 | + | Email/Text: bankruptcy@collectionstn.com | Jul 17 2024 20:10:00 | Reagan Outdoor Advertising fka Fairway Outdoor Adv, c/o Knight & Hooper, PLLC, P.O. Box 11583, Chattanooga, TN 37401-2583 |
| 13424182 | + | Email/PDF: jake@nakedriverbrewing.com | Jul 17 2024 20:08:00 | Robert Jake Raulston, 701 Franklin Street, Chattanooga, TN 37405-2721 |
| 13424185 | | Email/Text: csc.bankruptcy@amwater.com | | |

| District/off: 0649-1 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jul 17, 2024 | Form ID: pdfbk | Total Noticed: 142 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jul 17 2024 20:10:00 | Tennessee American Water, 109 Wiehl Street, Chattanooga, TN 37403 |
| 13424186 | + | Email/Text: tdor.bankruptcy@tn.gov | Jul 17 2024 20:09:00 | Tennessee Department of Revenue, Andrew Jackson State Office Building, 500 Deaderick Street, Nashville, TN 37242-0001 |
| 13441414 | + | Email/Text: AGBankRevenue@ag.tn.gov | Jul 17 2024 20:09:00 | Tennessee Department of Revenue, c/o Attorney General, PO Box 20207, Nashville, TN 37202-4015 |
| 13478504 | + | Email/Text: david.higgs@sba.gov | Jul 17 2024 20:10:00 | U.S. Small Business Administration, 2 International Plaza Suite 500, Nashville, TN 37217-2021 |
| 13424187 | + | Email/Text: david.higgs@sba.gov | Jul 17 2024 20:10:00 | U.S. Small Business Administration, District Director, 2 International Plaza Drive, Suite 500, Nashville, TN 37217-2021 |
| 13424190 | + | Email/Text: bankruptcyecf.shared@usfoods.com | Jul 17 2024 20:10:00 | US Foods, PO Box 602224, Charlotte, NC 28260-2224 |
| 13424189 | + | Email/Text: USATNE.BankruptcyBNC@usdoj.gov | Jul 17 2024 20:09:00 | United States Attorney's Office, 1110 Market Street, Suite 515, Chattanooga, TN 37402-2253 |

TOTAL: 22

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Henderson, Hutcherson & McCullough, PLLC |
| cr | | JPMorgan Chase Bank, N.A. |
| acc | | Jennifer Barnes, Barnes Accounting Group |
| cr | | Reagan Outdoor Advertising fka Fairway Outdoor Adv |
| 13426604 | | Goldman Sachs Credit Card (Apple) |
| 13457613 | *+ | Internal Revenue Service, P.O. BOX 7346, Philadelphia, PA 19101-7346 |
| 13462667 | *+ | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7348, Philadelphia, PA 19101-7348 |
| 13440835 | *+ | Leigh McCormack, 1607 McAmis Rd, Signal Mountain, TN 37377-1543 |
| 13424173 | * | Lipman Brothers, LLC, 2815 Brick Church Pike, Nashville, TN 37207-3903 |
| op | ##+ | Nick Carden, Market Street Partners, PLLC, 807 Marcket Street, Chattanooga, TN 37402-2609 |
| 13440798 | ##+ | Alan Fellows, 517 Canal Dr, Middletown, DE 19709-9820 |
| 13440801 | ##+ | Angela Vaughan, 410 E Richmond Rd, Richmond, VA 23223-4942 |
| 13440803 | ##+ | Benjamin Palmer, 66 Linda Ln, Ringgold, GA 30736-8221 |
| 13440812 | ##+ | Charles Fox, PO BOX 627, Signal Mountain, TN 37377-0627 |
| 13440818 | ##+ | Jacob Kuchenbecker, 632 Valley Bridge Rd, Chattanooga, TN 37415-3917 |
| 13440824 | ##+ | John Hampton, 703 Woodvale Ave, Chattanooga, TN 37411-3327 |
| 13440834 | ##+ | Leigh McCormack, 1607 McAmis Rd, Signal Mountain, TN 37377-1543 |
| 13440849 | ##+ | Randy Little, 416 Beverly St, Rossville, GA 30741-2424 |
| 13440851 | ##+ | Ron Woody, 1736 Chippenham Dr, Hixson, TN 37343-7518 |
| 13440857 | ##+ | Soma Mayahzadeh, 7125 Barnwell Pl, Fayetteville, NC 28303-2004 |

TOTAL: 5 Undeliverable, 4 Duplicate, 11 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| District/off: 0649-1 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Jul 17, 2024 | Form ID: pdfbk | Total Noticed: 142 |

Date: Jul 19, 2024        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2024 at the address(es) listed below:**

**Name**    **Email Address**

Brenda G. Brooks
on behalf of Trustee Brenda G. Brooks bbrooks@moore-brooks.com  ebriggs@moore-brooks.com

Brenda G. Brooks
bbrooks@moore-brooks.com  ebriggs@moore-brooks.com;TN55@ecfcbis.com

Cecilia Young Garrett
on behalf of Debtor Robert Jake Raulston cgarrett@chamblisslaw.com  jmaddux@chamblisslaw.com;lthreadgill@chamblisslaw.com;gchambers@chamblisslaw.com;ktaubert@chamblisslaw.com;ttucker@chamblisslaw.com

Cecilia Young Garrett
on behalf of Debtor Naked River Brewing Company  LLC cgarrett@chamblisslaw.com, jmaddux@chamblisslaw.com;lthreadgill@chamblisslaw.com;gchambers@chamblisslaw.com;ktaubert@chamblisslaw.com;ttucker@chamblisslaw.com

David Holesinger
on behalf of U.S. Trustee United States Trustee david.holesinger@usdoj.gov

Gary R. Patrick
on behalf of Attorney Wise Properties-TN  LLC gpatrick@pbsjlaw.com, ladkins@pbsjlaw.com;dcampbell@pbsjlaw.com

Gary R. Patrick
on behalf of Claimant Wise Properties-TN  LLC gpatrick@pbsjlaw.com, ladkins@pbsjlaw.com;dcampbell@pbsjlaw.com

Jason Ross Nabors
on behalf of Creditor United Community Bank jnabors@mwzmlaw.com  EDTN@mwzmlaw.com

Jeffrey W Maddux
on behalf of Debtor Naked River Brewing Company  LLC jmaddux@chamblisslaw.com, ktaubert@chamblisslaw.com;ttucker@chamblisslaw.com;lthreadgill@chamblisslaw.com;gchambers@chamblisslaw.com;khowe@chamblisslaw.com

Jeffrey W Maddux
on behalf of Debtor Robert Jake Raulston jmaddux@chamblisslaw.com  ktaubert@chamblisslaw.com;ttucker@chamblisslaw.com;lthreadgill@chamblisslaw.com;gchambers@chamblisslaw.com;khowe@chamblisslaw.com

Justin M. Sveadas
on behalf of Creditor United Community Bank jsveadas@bakerdonelson.com  dspiegel@bakerdonelson.com

Marvin E. Clements, Jr.
on behalf of Creditor TN Dept of Revenue agbankedchatt@ag.tn.gov

Mitchell Craig Smith
on behalf of Creditor JPMorgan Chase Bank  N.A. bkecfinbox@aldridgepite.com, csmith_045@ecf.courtdrive.com

Timothy J. Millirons
on behalf of Creditor Henderson  Hutcherson & McCullough, PLLC bankruptcy@collectionstn.com

Timothy J. Millirons
on behalf of Creditor Reagan Outdoor Advertising fka Fairway Outdoor Advertising bankruptcy@collectionstn.com

United States Trustee
Ustpregion08.cn.ecf@usdoj.gov

TOTAL: 16



**SO ORDERED.**
**SIGNED this 17th day of July, 2024**

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

Nicholas W. Whittenburg
**UNITED STATES BANKRUPTCY JUDGE**

_____

**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **Naked River Brewing Company, LLC** | ) | **No. 1:23-bk-10417-NWW** |
| | ) | **Chapter 11, Subchapter V** |
| **Debtor** | ) | |

**ORDER**

As a part of its periodic review of the Debtor's efforts to obtain the Employee Retention Credits ("ERC") from the Internal Revenue Service ("IRS") in order to pay Wise Properties' Cure Claim under the Plan, the court held a status conference on July 17, 2024, at 10:00 a.m. (EST). As discussed at the telephonic status conference and in light of the parties' ongoing communication and cooperation, the court does not find cause to set another telephonic status conference. Accordingly, it is

ORDERED that absent a filing by a party interest, the court will not continue the telephonic status conference for another quarterly review.

# # #